1

2   TROUTMAN PEPPER
    HAMILTON SANDERS LLP
3   Kevin F. Kieffer
    Nevada Bar Number 7045
4   5 Park Plaza, Suite 1400
    Irvine, CA 92614
5   Telephone: (949) 622-2708
    Facsimile: (949) 769-2056
6   Email: Kevin.Kieffer@troutman.com

7   *Attorney for Ally Financial Inc.*

8
    Gary E. Schnitzer
9   Nevada Bar Number 395
    KRAVITZ, SCHNITZER & JOHNSON
10  gschnitzer@ksjattorneys.com
    8985 S. Eastern Avenue, Suite 200,
11  Las Vegas, NV 89123
    Telephone: (702) 222-4142
12  Facsimile: (702) 362-2203
13  Email: gschnitzer@ksjattorneys.com

14  *Designated Attorney pursuant to LR IA 11-1(b)(2) for*
    *Ally Financial Inc.*
15

16
                    UNITED STATES DISTRICT COURT
17
                         DISTRICT OF NEVADA
18

19  GUSTAVO A. IGLESIAS,
                                        Case No.:   2:20-cv-02099
20

21                       Plaintiff,

22  vs.

23  TRANS UNION LLC; EXPERIAN          **STIPULATION AND ORDER TO**
    INFORMATION SOLTIONS INC.; EQUIFAX  **EXTEND TIME TO ANSWER OR**
                                        **OTHERWISE PLEAD**
24  INFORMATION SERVICES LLC; ALLY
    FINANCIAL INC.,                     **(FIRST REQUEST)**
25

26                       Defendant.

27

28

1    Pursuant to Local Rule IA 6-1 of the United States District Court for the District of

2  Nevada, Defendant ALLY FINANCIAL INC. ("Defendant") and Plaintiff GUSTAVO A.

3  IGLESIAS ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

4         1.     Plaintiff filed his Complaint on November 13, 2020;

5         2.     Defendant was served with the Complaint on November 18, 2020;

6         3.     Defendant's deadline to answer or respond to Plaintiff's Complaint is December 9,

7  2020;

8         4.     Defendant has requested, and Plaintiff has consented to, an additional fourteen

9  (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

10        5.     An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

11  Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice

12  any party;

13        6.     Good cause exists to grant the stipulation as the additional fourteen (14) days are

14  needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a

15  review of all relevant documents;

16        7.     Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that

17  Defendant shall have up to and including December 23, 2020 to file a responsive pleading to

18  Plaintiff's Complaint.

19        8.     WHEREAS, this is the first request by the Parties seeking such extension;

20        THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY

21  STIPULATED AND AGREED by and between the Parties as follows:

22        Defendant ALLY FINANCIAL INC. shall have up to and including December 23, 2020

23  to file an Answer or Otherwise Plead to Plaintiff's Complaint.

24

25        **IT IS SO STIPULATED.**

26   DATED this 9th day of December 2020.

27

28

- 2 -

1

*/s/ Kevin F. Kieffer*
Kevin F. Kieffer

2

Nevada Bar Number 7045
TROUTMAN SANDERS LLP

3

5 Park Plaza, Suite 1400

4

Irvine, CA 92614
Telephone: (949) 622-2708

5

Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com

6

7

*Attorney for Ally Financial Inc.*

8

*/s/ Michael Kind*
MICHAEL KIND, ESQ.

9

KIND LAW
Nevada Bar No. 13903

10

8860 South Maryland Parkway, Suite 106

11

Las Vegas, NV 89123

12

GEORGE HAINES, ESQ.
FREEDOM LAW FIRM

13

Nevada Bar No. 9411
8985 S. Eastern Ave. Suite 350

14

Las Vegas, NV 89123

15

*Attorneys for Plaintiff*

16

*Gustavo A. Iglesias*

17

18

      **IT IS ORDERED.**             **NO FURTHER EXTENSIONS WILL BE GRANTED.**

19

20

      DATED this 10th  day of December 2020.

21

22

_____
United States Magistrate Judge

23

24

25

26

27

28

111854643