TROUTMAN PEPPER
HAMILTON SANDERS LLP
Kevin F. Kieffer
Nevada Bar Number 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com

*Attorney for Ally Financial Inc.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR IA 11-1(b)(2) for*
*Ally Financial Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO A. IGLESIAS,<br><br>                              Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; ALLY FINANCIAL INC.,<br><br>                              Defendant. | Case No.:   2:20-cv-02099<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(SECOND REQUEST)** |

1     Pursuant to Local Rule IA 6-1 of the United States District Court for the District of

2   Nevada, Defendant ALLY FINANCIAL INC. ("Defendant") and Plaintiff GUSTAVO A.

3   IGLESIAS ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

4       1.      Plaintiff filed his Complaint on November 13, 2020;

5       2.      Defendant was served with the Complaint on November 18, 2020;

6       3.      Defendant's deadline to answer or respond to Plaintiff's Complaint is December

7   23, 2020 pursuant to the First Stipulation to Extend Time to Answer of Otherwise Plead;

8       4.      Defendant has requested, and Plaintiff has consented to, an additional fourteen

9   (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

10      5.      An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

11   Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice

12   any party;

13      6.      Good cause exists to grant the stipulation as the additional fourteen (14) days are

14   needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a

15   review of all relevant documents;

16      7.      Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that

17   Defendant shall have up to and including January 6, 2021 to file a responsive pleading to

18   Plaintiff's Complaint.

19      8.      WHEREAS, this is the second request by the Parties seeking such extension;

20      THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY

21   STIPULATED AND AGREED by and between the Parties as follows:

22      Defendant ALLY FINANCIAL INC. shall have up to and including January 6, 2021 to

23   file an Answer or Otherwise Plead to Plaintiff's Complaint.

24

25      **IT IS SO STIPULATED.**

26    DATED this 23rd day of December 2020.

27

28

1

*/s/ Kevin F. Kieffer*

2

Kevin F. Kieffer

Nevada Bar Number 7045

3

TROUTMAN SANDERS LLP

5 Park Plaza, Suite 1400

4

Irvine, CA 92614

Telephone: (949) 622-2708

5

Facsimile: (949) 769-2056

Email: Kevin.Kieffer@troutman.com

6

7

*Attorney for Ally Financial Inc.*

8

*/s/ Michael Kind*

MICHAEL KIND, ESQ.

9

KIND LAW

Nevada Bar No. 13903

10

8860 South Maryland Parkway, Suite 106

Las Vegas, NV 89123

11

12

GEORGE HAINES, ESQ.

FREEDOM LAW FIRM

13

Nevada Bar No. 9411

8985 S. Eastern Ave. Suite 350

14

Las Vegas, NV 89123

15

*Attorneys for Plaintiff*

16

*Gustavo A. Iglesias*

17

18

     **IT IS ORDERED.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.  *See also* Docket No. 14 at 3 (indicating previously that there would be no further extensions).**

19

DATED this ‗‗‗28th‗‗‗ day of December 2020.

20

21

‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗

22

United States Magistrate Judge

23

24

25

26

27

28