# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO A. IGLESIAS, <br>     Plaintiff(s), <br> v. <br> TRANS UNION LLC, et al., <br>     Defendant(s). | Case No.: 2:20-cv-02099-GMN-NJK <br><br> **Order** <br><br> [Docket No. 20] |

Pending before the Court is a joint motion for a second 30-day extension for Defendant Equifax to respond to the complaint. Docket No. 20. The request is premised on the assertion that Equifax would like further opportunity "to collect and review its internal files pertaining to the allegations in the [c]omplaint." *Id.* at 1-2. This is the same reason as provided a month ago when the first request was made. *See* Docket No. 13 at 1-2. The Court does not find good cause for a 30-day extension and, instead, will allow a seven-day extension.

Accordingly, the joint motion is **GRANTED** in part and **DENIED** in part. Equifax's deadline to respond to the complaint is **EXTENDED** to January 15, 2021. <u>The Court is not inclined to grant any further extensions.</u>

IT IS SO ORDERED.

Dated: January 8, 2021

                                                                                                Nancy J. Koppe <br>
                                                                                                United States Magistrate Judge