Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Gustavo A. Iglesias*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gustavo A. Iglesias,<br><br>          Plaintiff,<br><br>    v.<br><br>Trans Union LLC.; Experian Information Solutions Inc.; Equifax Information Services LLC; Ally Financial Inc.,<br><br>          Defendants. | Case No.: 2:20-cv-02099-GMN-NJK<br><br>**Stipulated Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

Gustavo A. Iglesias and Trans Union LLC.; Experian Information Solutions Inc.; Equifax Information Services LLC; Ally Financial Inc. (jointly as the "parties"), by and through their respective counsel, hereby submit this proposed Joint Discovery Plan and Scheduling Order.

**PROPOSED DISCOVERY PLAN**

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ……………….....   Feb 5, 2021

2. Amend pleadings and add parties  ..   Mar 9, 2021

3. Expert disclosures (initial):  ………   Apr 8, 2021

4. Expert disclosures (rebuttal):  …….   May 10, 2021

5. Discovery cutoff date:  …………….   Jun 7, 2021

6. Dispositive motions:  ……………..   Jul 7, 2021

7. Pretrial order  ……………………..   Aug 6, 2021

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rule 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email to the primary email addresses for all counsel of record.  The format to be used for attachments to any email message shall be Microsoft Word (.doc) or Adobe Acrobat (.pdf).  If an error or delayed delivery message is received by the sending party, that party shall promptly (within one business day of receipt of such message) notify the intended recipient of the message

1  and serve the pleading or other papers by other authorized means. Hard copies of all

2  electronically served documents will be made available to any party upon request.

3      <u>Alternative Dispute Resolution Certification</u>: The parties certify that they

4  met and conferred about the possibility of using alternative dispute-resolution

5  processes including mediation, arbitration, and early neutral evaluation.  The

6  parties have not reached any stipulations at this stage.

7      Defendant Ally Financial asserts that Plaintiff's claims are subject to an Arbitration

8  Agreement requiring mandatory and binding arbitration pursuant to the Federal Arbitration Act, 9

9  U.S.C. Section 1, *et seq.*

10      <u>Alternative Forms of Case Disposition Certification</u>: The parties certify that

11  they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and

12  Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

13  The parties have not reached any stipulations at this stage.

14      <u>Electronic Evidence</u>: Electronically stored information: The parties have

15  discussed the retention and production of electronic data. The parties agree that

16  service of discovery by electronic means, including sending original electronic files

17  by email, pdf. or on a CD is sufficient. The parties reserve the right to revisit this

18  issue if a dispute or need arises.

19      <u>Electronic evidence conference certification</u>: The parties further intend to

20  present evidence in electronic format to jurors for the purposes of jury deliberations

21  at trial. The parties discussed the presentation of evidence for juror deliberations but

22  did not reach any stipulations as to the method at this early stage.

23      Dated:  January 26, 2021.

24  **KIND LAW**

25

26  /s/ Michael Kind

27  Michael Kind, Esq.

8860 South Maryland Parkway, Suite 106

Las Vegas, Nevada 89123
*Attorney for Plaintiff Gustavo A. Iglesias*

**TROUTMAN SANDERS LLP**

 /s/ Kevin Kieffer
Kevin Kieffer, Esq.
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
*Counsel for Ally Financial Inc.*

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

/s/  Jennifer Bergh
Jennifer Bergh, Esq.
6900 N. Dallas Pkwy Ste. 800
Plano, Texas 75024
*Counsel for Trans Union LLC*

**NAYLOR & BRASTER**

/s/  Andrew J. Sharples
Jennifer Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

Katherine A. Neben
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612

*Counsel for Experian Information Solutions, Inc.*

**CLARK HILL PLLC**

/s/  Jeremy J. Thompson

DISCOVERY PLAN                    - 4 -

1   Jeremy J. Thompson, Esq.
2   3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
3   *Counsel for Equifax Information Services LLC*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____January 28, 2021_____