Michael Kind, Esq.
Nevada Bar No.: 13903
Kind Law
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Gustavo A. Iglesias*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gustavo A. Iglesias, | Case No.: 2:20-cv-02099-GMN-NJK |
| Plaintiff, | **Amended stipulation and order to compel arbitration and dismiss Ally Financial Inc.** |
| v. | |
| Trans Union LLC.; Experian Information Solutions Inc.; Equifax Information Services LLC; Ally Financial Inc., | |
| Defendant. | |

The parties stipulate to arbitrate their dispute in AAA. The parties therefore stipulate as follows:

1. The parties shall resolve their dispute through private arbitration with AAA.

2. This action is dismissed as to Defendant Ally Financial Inc.

///

///

STIPULATION - 1 -

3. The motion to compel arbitration, ECF No. 27, is withdrawn as moot.

Each party is to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: February 23, 2021.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Gustavo A. Iglesias*

/s/ Gary Schnitzer
Gary Schnitzer, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney Ally Financial Inc.*

**IT IS SO ORDERED.**

Dated this  25  day of February, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION - 2 -