George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Gustavo A. Iglesias*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gustavo A. Iglesias, | Case No.: 2:20-cv-02099-GMN-NJK |
| Plaintiff, | |
| v. | **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |
| Trans Union LLC.; Experian Information Solutions Inc.; Equifax Information Services LLC; Ally Financial Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Gustavo A. Iglesias and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

///

---

STIPULATION — - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 27, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Gustavo A. Iglesias*

**NAYLOR AND BRASTER**

/s/ Katherine Neben
Katherine Neben, Esq.
Jennifer Braster, Esq.
Naylor and Braster
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
*Counsel for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this __3__ day of June, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT