**JENNIFER BERGH**
Nevada Bar No. 14480
jbergh@qslwm.com
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO A. IGLESIAS,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS INC., EQUIFAX INFORMATION SERVICES LLC, and ALLY FINANCIAL INC.,<br><br>        Defendants. | Case No. 2:20-cv-02099-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Gustavo A. Iglesias, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Gustavo A. Iglesias and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

3624293.1

Dated this 23rd day of August 2021.

| | |
|---|---|
| /s/ Jennifer Bergh | /s/ Gerardo Avalos |
| Jennifer Bergh | George Haines |
| Nevada Bar No. 14480 | ghaines@hainesandkrieger.com |
| jbergh@qslwm.com | Gerardo Avalos |
| Quilling Selander Lownds | gavalos@freedomlegalteam.com |
| Winslett & Moser, P.C. | Haines & Krieger, LLC |
| 2001 Bryan Street, Suite 1800 | 8985 S. Eastern Avenue, Suite 350 |
| Dallas, Texas 75201 | Henderson, NV 89123 |
| (214) 560-5460 | (702) 880-5554 |
| (214) 871-2111 Fax | and |
| **Counsel for Trans Union LLC** | Michael Kind |
| | mk@kindlaw.com |
| | Kind Law |
| | 8860 S. Maryland Parkway, Suite 106 |
| | Las Vegas, NV 89123 |
| | (702) 337-2322 |
| | (702) 329-5881 Fax |
| | **Counsel for Plaintiff** |

**IT IS SO ORDERED.** Given that there are no remaining Defendants, the Clerk of Court shall close the case accordingly.

Dated this __23__ day of August, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3624293.1

1

# CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of August 2021, I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

George Haines
ghaines@hainesandkrieger.com
Gerardo Avalos
gavalos@freedomlegalteam.com
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
and
Michael Kind
mk@kindlaw.com
Kind Law
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 Fax
***Counsel for Plaintiff***

  /s/ Jennifer Bergh
  **JENNIFER BERGH**

3624293.1

1